IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL DOUGLAS GONZALEZ,

    Plaintiff,

v.

ASSOCIATES IN PSYCHIATRY AND
THE LAW FORENSIC AND GENERAL
PSYCHIATRY and ROBERT RAWSKI,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-69-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that plaintiff Daniel Douglas Gonzalez's complaint is dismissed for lack of subject matter jurisdiction.

_____       4/6/11
Peter Oppeneer, Clerk of Court      Date